IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY PAUL
Reg. #10517-042
and CLEARSYSTEMS, A Debt
Consolidation and Accounting Service                    PLAINTIFFS

v.                      No: 4:12-cv-740-DPM

BROKER SOUTH AG.
INVESTMENTS                                              DEFENDANT

JUDGMENT

Paul's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 January 2013