IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


JEFFERY PAUL
Reg. #10517-042
and CLEARSYSTEMS, A Debt
Consolidation and Accounting Service                    PLAINTIFFS


v.                              No: 4:12-cv-740-DPM


BROKER SOUTH AG.
INVESTMENTS                                              DEFENDANT


JUDGMENT

Paul's complaint is dismissed without prejudice.


_____

D.P. Marshall Jr.
United States District Judge

31 January 2013